■ IRA D. HENIG, Petitioner, v STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Department of Motor Vehicles, dated June 19, 1985, which sustained a finding of an Administrative Law Judge that the petitioner had violated Vehicle and Traffic Law § 1180 (d).

Determination confirmed and proceeding dismissed on the merits, with costs.

The respondent sustained its burden of proving that the petitioner violated Vehicle and Traffic Law § 1180 (d). The arresting officer sufficiently established the accuracy of the radar device by using two tuning forks and an internal calibration test before and after stopping the petitioner *(see, Matter of Graf v Foschio,* 102 AD2d 891). Furthermore, since the officer testified that his visual estimates had been proven to be within 3 to 5 miles per hour of actual vehicle speeds, his estimate of the vehicle's speed in the case at bar would have been sufficient to confirm even an untested radar reading *(see, People v Heyser,* 2 NY2d 390, 393). Bracken, J. P., Kunzeman, Kooper and Spatt, JJ., concur.